Verified by (Vet) _____   Verified by (R.R.R.) _____

STATE of Missouri, Respondent,

v.

Angela Renee CLINE, Appellant.

WD 79991

Missouri Court of Appeals,
Western District.

ORDER FILED: August 29, 2017

Motion for Rehearing and/or Transfer

to Supreme Court Denied
September 26, 2017

Michael Reardon, Kansas City, MO, Counsel for Appellant.

Hannah Herring, Platte City, MO, Counsel for Respondent.

Before Division Three: Alok Ahuja, P.J., Thomas H. Newton, and Cynthia L. Martin, JJ.

## ORDER

Per Curiam:

Ms. Angela Renee Cline appeals a Platte County Circuit Court conviction and sentence for the class A misdemeanor of driving while intoxicated. For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).